IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK RONALD HOLLEY,

    Plaintiff,　　　　　　　　　　　　No. CIV S-06-1204 LKK CMK P

    vs.

ASSOCIATE WARDEN S. MORENO, et al.,

    Defendants.　　　　　　　　　　　　<u>ORDER</u>

_____/

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: September 21, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE